## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON WILSON, *f/k/a* Melanie Wilson,<br><br>Plaintiff<br><br>v.<br><br>ABACUS STAFFING, LLC, et al.,<br><br>Defendants | CIVIL NO. 1:25-CV-1087<br><br>JUDGE SAPORITO |



FILED
WILKES BARRE
SEP 29 2025
PER ms
DEPUTY CLERK

## ORDER

This case has been assigned to United States District Judge Joseph F. Saporito, Jr.

AND NOW, this 29th day of September, 2025, in order to establish appropriate pretrial deadlines, **IT IS HEREBY ORDERED THAT:**

1. A telephonic case management conference will be conducted by the court on **October 20, 2025, at 11:00 a.m.**

2. Counsel shall utilize the following information to access the conference:

    **DIAL IN NUMBER:    1-570-218-8447**
    **ID NUMBER:          312 503 678**

3. Prior to the conference, counsel shall confer for the purpose of completing the attached scheduling order. The completed order shall be FAXED to telephone number 570-821-4009 **at least three business days prior to the conference.**

4. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by *pro se* litigants is mandatory.

5. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel, at least three (3) business days in advance of the date of the conference. The court's telephone number is (570) 831-2570.

6. Counsel are advised to comply with Local Rule 16.3 of the Middle District of Pennsylvania. Local Rule 16.3(a) requires lead counsel for each party to "confer at least fourteen (14) days prior to the initial case management conference." Where the case management plan requests dates, counsel should agree upon a specific month, day and year. (**Please do not make entries such as "28 days after the close of discovery"**). The completed Joint Case Management Plan (a sample

of which is set forth in Appendix A of the local rules), must be e-filed with the court at least **seven (7) business days** prior to the case management conference. Parties must use the most recent Joint Case Management form from the Middle District website.

7. Counsel should note that the Middle District of Pennsylvania adheres to Federal Rule of Civil Procedure 26. However, since the joint case management plan contemplates discovery prior to the Rule 26(f) meeting, it will be deemed an exception to the limitation on discovery contained in the first sentence of Rule 26(d).

8. Counsel shall not cease active discovery pending disposition of pre-trial motions, including, but not limited to, motions to dismiss.

JOSEPH F. SAPORITO, JR.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON WILSON, *f/k/a* Melanie Wilson, | CIVIL ACTION NO. 1:25-CV-1087 |
| Plaintiff | JUDGE SAPORITO |
| v. | |
| ABACUS STAFFING, LLC, et al., | |
| Defendants | |

## SCHEDULING ORDER

**AND NOW, this** \_\_\_\_ **day of October, 2025,** following the case management conference held on this date, **IT IS HEREBY ORDERED THAT** the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties**. Any joinder of parties shall be accomplished by _____.

2. **Amendments.** Amendments to the pleadings shall be filed by _____. Said amendment shall be accompanied by either

motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3.   **Discovery**.   All   discovery   shall   be   completed   by

_____.

4. **Expert Reports**.  Reports of Plaintiff's retained experts shall be produced by _____.   Reports of Defendants' retained experts shall be produced by _____.  Supplementations shall be due _____.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements.  If this good faith discussion is unsuccessful, <u>counsel shall place on the docket</u> a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute.  If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule.  No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

5. **Dispositive Motions**. All case dispositive motions shall be filed by _____.

6. **Final Pretrial Conference and Trial**. Counsel have advised that they anticipate the case will be trial ready in _____.

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss.

Should the parties enter into private mediation, the Court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful, counsel shall immediately notify the Court.

_____
JOSEPH F. SAPORITO, JR.
United States District Judge